WALTER S. JOHNSON, Appellant, v EMANUEL PRESENT and Another, as

---

* Amd. by Laws of 1921, chap. 673.— [REP.

Copartners, etc., Respondents.— Motion for stay of proceedings until appellant shall pay costs awarded on affirmance in County Court, denied.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.